RECEIVED
JUL 1 2 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GRAND SHEIKESS WALTON-EL for MELODY WILSON | CIVIL ACTION NO. 12-cv-1219 |
| VERSUS | JUDGE FOOTE |
| JUDGE CRAIG MARCOTTE, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Application for Habeas Corpus Relief Under 28 U.S.C. § 2241, as well as all other requests set forth in the application, are dismissed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___12___ day of ___July___, 2012.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE